UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>YANCY D. GATES,<br><br>Defendant. | CASE NO. 1:19CR-094<br><br>JUDGE M.J. Litkovitz<br><br>INFORMATION<br><br>26 U. S. C. § 7203 |

**THE UNITED STATES ATTORNEY CHARGES:**

### COUNT 1
### (Willful Failure to File Tax Return)

During the calendar year 2015, the defendant, **YANCY D. GATES**, a resident of Cincinnati, Ohio had and received taxable gross income of $288,722.00, and by reason of such gross income he was required by law, on or before April 15, 2016, to make an income tax return to any proper officer of the Internal Revenue Service, stating specifically the items of his gross income and any deductions and credits to which he was entitled, that well knowing and believing all of the forgoing, he did willfully fail, on or about April 15, 2016, in the Southern District of Ohio and elsewhere, to make an income tax return.

**In violation of 26 U.S.C. § 7203.**

### COUNT 2
### (Willful Failure to File Tax Return)

During the calendar year 2016, the defendant, **YANCY D. GATES**, a resident of Cincinnati, Ohio had and received taxable gross income of $176,789.00, and by reason of such gross income he was required by law, on or before April 17, 2017, to make an income tax return

to any proper officer of the Internal Revenue Service, stating specifically the items of his gross income and any deductions and credits to which he was entitled, that well knowing and believing all of the forgoing, he did willfully fail, on or about April 15, 2016, in the Southern District of Ohio and elsewhere, to make an income tax return.

**In violation of 26 U.S.C. § 7203.**

BENJAMIN C. GLASSMAN
UNITED STATES ATTORNEY

**ANTHONY SPRINGER, (0067716)**
**Assistant United States Attorney**